UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GREGORY MULHOLLAND,

                Plaintiff,                          09 **CIVIL** 6329 (AKH)

      -against-                               <u>**JUDGMENT**</u>

THE CITY OF NEW YORK,

                Defendant.
-----------------------------------------------------------X

      A Jury Trial before the Honorable Alvin K. Hellerstein, United States District Judge, having begun on April 8, 2013, and at the conclusion of the trial, on April 22, 2013, the jury having rendered a verdict in favor of the plaintiff in the amount of $3,200,000.00, it is,

      **ORDERED, ADJUDGED AND DECREED:** That the plaintiff have judgment in the sum of $3,200,000.00 as against the defendant.

DATED: New York, New York
            April __, 2013

                                                   **RUBY J. KRAJICK**

So Ordered:                               **Clerk of Court**

                                       BY:

U.S.D.J.                                  **Deputy Clerk**

                                        **THIS DOCUMENT WAS ENTERED
                                        ON THE DOCKET ON _____**

# Extract of Minutes

United States District Court
Southern District of New York

------------------------------------------------x

Gregory Mulholland

v.

The City of NY

------------------------------------------------x

( full title of case required, use other side if necessary)

09 Civ 6329
Docket #

Hon. Alvin K. Hellerstein
Judge

Appearences : ( PLEASE INCLUDE FIRM NAME & TELEPHONE NUMBER)

Plaintiff: Bernard D. Friedman, Friedman, James + Buchsbaum LLP
132 Nassau Street, Suite 900, NY, NY 10038
(212) 233-9385

Defendant: Thomas Hoey, City of New York Corporation Counsel
100 Church Street, NY, NY 10007 (212) 356-2688

TRIAL: ( JURY) (NON-JURY) BEGUN : 4/8/13 (DATE)
Cont'd 4/9, 4/15, 4/16, 4/17, 4/18, 4/22
Verdict for the plaintiff in the amount of 3.2 million dollars.

CLERK Brigitte Jones
COURT REPORTER Ann Hauston